IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD BUSH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-5123 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 14th day of February, 2023, upon consideration of Plaintiff Gerald Bush's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Motion to the Court (ECF No. 7), and his *pro se* Complaint (ECF No. 1), as well as the Motion of the Philadelphia Redevelopment Authority to dismiss for lack of jurisdiction (ECF No. 8), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's Memorandum.

3. Bush's Motion to the Court is **DENIED**.

4. The Motion of the Philadelphia Redevelopment Authority to dismiss for lack of jurisdiction is **DISMISSED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to close this case.

6. No later than thirty (30) days from the entry of this Order, Gerald Bush shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages, stating why the Court should not enjoin him from filing any more civil actions concerning the identical, untimely allegations he has raised in this case as well as Civil Action Nos. 18-5659 and 20-5631, namely claims based on Bush's alleged ownership or other interest in the property located at 5108 Chester Avenue in the City of Philadelphia and brought against the City of Philadelphia, the Philadelphia Redevelopment Authority and/or its employees.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**