IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD BUSH,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-5123** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of July, 2023, upon consideration of Plaintiff Gerald Bush's Responses to the Court's Order that he show cause why the Court should not enjoin him from filing further claims against the City of Philadelphia ("City"), the Philadelphia Redevelopment Authority ("PRA") and/or its employees based on Bush's alleged ownership or other interest in the property located at 5108 Chester Avenue in the City of Philadelphia (ECF Nos. 12, 13), Bush's "Supplemental Amendment in Support of Show Cause Order" (ECF No. 14), his "Motion to Amend Exhibit" (ECF No. 15), his "Motion to Submit Account Number" (ECF No. 16), and his "Writ of Mandamus" (ECF No. 17), it is **ORDERED** that:

    1.    Bush's Motion to Amend Exhibit and Motion to Submit Account Number are **GRANTED**.

    2.    Bush's request for a Writ of Mandamus is **STRICKEN**.

    3.    Bush is **ENJOINED** from filing any more civil actions concerning the identical, untimely allegations he has raised in this case as well as in Civil Action Nos. 18-5659 and 20-5631, namely claims based on Bush's alleged ownership or other interest in the property located at 5108 Chester Avenue in the City of Philadelphia and brought against the City of Philadelphia, the Philadelphia Redevelopment Authority and/or its employees.

2

4. If Bush submits a new civil action concerning his ownership or other interest in 5108 Chester Avenue, Philadelphia against the City of Philadelphia, the Philadelphia Redevelopment Authority and/or its employees, the Clerk of Court is **DIRECTED** not to docket such submission, but rather to return the submission to Bush with a copy of this Order.

5. Nothing in this Order shall prevent Bush from submitting a notice of appeal of this Order or of the Order dismissing this case with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**